

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-9,256-09

### EX PARTE TONY EPPS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W15-55695-J(A) IN THE CRIMINAL DISTRICT COURT NO. 3
### FROM DALLAS COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of unlawful possession of a firearm by a felon and sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant contends that his trial counsel rendered ineffective assistance because he failed to file a motion to suppress and challenge Applicant's illegal detention. The trial court has made findings of facts and conclusions of law and recommends that relief be denied. In the findings, the trial court noted that counsel provided the court with an affidavit addressing Applicant's allegations.

However, the District Clerk has not forwarded counsel's affidavit to this Court.

Therefore, the District Clerk of Dallas County is ordered to obtain a copy of counsel's affidavit, and to transmit it to this Court. This application will be held in abeyance until the affidavit has been received by this Court. A supplemental transcript containing all affidavits and the transcription of the court reporter's notes from any hearing or deposition shall be forwarded to this Court within 30 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: March 29, 2017
Do not publish